NADIN J. CUTTER, ESQ.
Nevada Bar No.: 11548
CUTTER LAW FIRM, CHTD.
6787 W. Tropicana Ave., Suite 268
Las Vegas, Nevada 89103
Telephone: (702) 800-6525
Facsimile: (702) 800-6527
Cutter@CutterLegal.com
*Attorney for URSULA PLUMMER*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| URSULA VERNA PLUMMER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, DOES I through X, and ROE CORPORATIONS XI through XX,<br><br>    Defendants. | Case No.: 2:18-CV-00549-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 14 |

    COMES NOW Plaintiff, URSULA VERNA PLUMMER, by and through her attorney of record, Nadin J. Cutter, Esq. of CUTTER LAW FIRM, CHTD., and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel of record, Jerry Busby, Esq. of COOPER LEVENSON, P.A. who hereby stipulate and respectfully request an Order dismissing the entire action with prejudice.

/ / /

/ / /

Each party is to bear their own attorney's fees and costs for the claims dismissed by this Stipulation and Order.

That any pending deadlines established by the Court and/or any hearings be vacated.

Dated this 2nd day of May, 2018.                    Dated this 4th day of June, 2018.

*/s/Nadin Cutter*                                    */s/Jerry Busby*
_____                    _____
NADIN J. CUTTER, ESQ.                                JERRY BUSBY, ESQ.
**CUTTER LAW FIRM, CHTD.**                           **COOPER LEVENSON, P.A.**
Nevada Bar No.: 11548                                Nevada Bar No.: 001107
6787 W. Tropicana Ave., Suite 268                    1835 Village Center Circle
Las Vegas, NV 89103                                  Las Vegas NV 89134
Tel.: (702) 800-6525                                 Tel.: (702) 366-1125
Fax: (702) 800-6527                                  Fax: (702) 366-1857
Cutter@CutterLegal.com                               Jbusby@cooperlevenson.com
*Attorney for URSULA PLUMMER*                        *Attorney for SMITH'S FOOD & DRUG*

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear their own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

DATED this 5th day of June, 2018.                    _____
                                                     UNITED STATES DISTRICT COURT JUDGE